1  Raphael Deutsch
2  Stein Saks, PLLC
   One University Plaza
3  Hackensack, NJ, 07601
   P. (201) 282-6500
4  Fax: 201-282-6501
   rdeutsch@steinsakslegal.com
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                         FOR THE DISTRICT OF ARIZONA
9                                          )  Docket No.   2:21-cv-1140
                                           )
10 Artur Khaimov, individually and on behalf of )
                                           )
11 all others similarly situated,          )
                                           )
12      Plaintiff,                         )
                                           )
13      vs.                                )
                                           )
14                                         )
                                           )
15 Arstrat, LLC and John Does 1-25

16      Defendant,

17

18                          **NOTICE OF SETTLEMENT**

19      Please take notice that Plaintiff, Artur Khaimov ("Plaintiff"), and the Defendant, Arstrat,

20 LLC have settled this matter.

21      The parties anticipate completing settlement documents and filing a dismissal with the

22 Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this

23 case during said sixty (60) day period.

24      This the 3rd day of September 2021.

25
                                              Respectfully submitted,
26
                                               /s/ Raphael Deutsch
27                                            Raphael Deutsch
28

1
2
3

Stein Saks, PLLC
One University Plaza
Hackensak, NJ 07601
rdeutsch@steinsakslegal.com
*Counsel for Plaintiff*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 3, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Raphael Deutsch
*Counsel for Plaintiff*