# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Artur Khaimov, | No. CV-21-01140-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Arstrat LLC, *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order of September 7, 2021 (Doc. 10),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 15th day of November, 2021.

Honorable John J. Tuchi
United States District Judge